**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| SPENGA INC. ET AL., | § | |
| | § | |
| Plaintiffs, | § | CIVIL ACTION NO. 4:25-CV-00251-SDJ- |
| v. | § | AGD |
| | § | |
| KRISTIN ANTOINETTE HOWARD, et al., | § | |
| | § | |
| Defendants. | § | |

## ORDER

Pending before the court is *pro se* Defendants Kristin Antoinette Howard and Michael Thomas's Motion for Leave to File Sur-Reply in Opposition to Plaintiffs' Rule 12(b)(6) Motion to Dismiss Counterclaims (Dkt. #23). Having reviewed the Motion (Dkt. #23) and all other relevant filings, the court finds that Defendant's Motion (Dkt. #23) should be and is hereby **GRANTED**. Defendant's Sur-Reply (Dkt. #24) is deemed filed as of May 14, 2025.

**IT IS SO ORDERED.**

**SIGNED this 17th day of June, 2025.**

_____
AILEEN GOLDMAN DURRETT
UNITED STATES MAGISTRATE JUDGE