# THEIN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| SPENGA INC., ET AL., § | |
| § | |
| Plaintiffs, § | CIVIL ACTION NO. 4:25-CV-00251-SDJ- |
| v. § | AGD |
| § | |
| KRISTIN ANTOINETTE HOWARD, ET § | |
| AL., § | |
| § | |
| Defendants. | |

## ORDER

Pending before the court is *pro se* Defendants Kristin Antoinette Howard and Michael Thomas's Motion to Extend Stay for an Additional 30 days (Dkt. #71). On July 21, 2025, Plaintiffs Spenga Inc. and Spenga Holdings, LLC filed a Response (Dkt. #72). Having reviewed Defendants' Motion, Plaintiffs' Response[1], and all other relevant filings, the court finds that Defendants' Motion (Dkt. #71) should be granted. Accordingly,

It is therefore **ORDERED** that Defendants Kristin Antoinette Howard and Michael Thomas's Motion to Extend Stay for an Additional 30 days (Dkt. #71) is **GRANTED**. This case is **STAYED** until *September 18, 2025*. Any additional extensions to the stay will not be granted absent a showing of good cause and after an evidentiary hearing. During the stay, no additional filings will be permitted, including responsive briefing to any pending motion, except that the Parties may file a motion for a hearing with respect to the stay or notify the court of the result of the settlement conference. Additionally, if Defendants obtain counsel, counsel may make an appearance. Any document filed impermissibly during the pendency of the stay will be stricken. However, the settlement conference will take place as scheduled on *August 4, 2025*. At the

---

[1] While Plaintiffs argue that Defendants failed to follow the Meet & Confer requirement in Local Rule CV-7(h), such rule does not apply to *pro se* litigants. *See* Local Rule CV-7(i).

expiration of the stay, if the settlement conference is not successful, the court will issue orders to accommodate deadlines for responsive briefing and other scheduling matters.

    **IT IS SO ORDERED**.

    **SIGNED this 22nd day of July, 2025.**

*[signature: Aileen Goldman Durrett]*

AILEEN GOLDMAN DURRETT
UNITED STATES MAGISTRATE JUDGE