IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| SPENGA, INC. and SPENGA HOLDINGS, LLC.<br>　　　Plaintiffs,<br><br>　vs<br><br><br>KRISTIN ANTOINETTE HOWARD and MICHAEL THOMAS<br>　　　Defendants. | § § § § § § § § § § § | CIVIL NO: 4:25cv251 |

## MEDIATOR'S REPORT

In accordance with the court's order, a mediation conference was held on August 4, 2025. The parties agreed to stay conclusion of the mediation pending the results of a subpoena to Domain By Proxy, LLC. The parties agreed that Plaintiff would issue the subpoena and that Defendants would not oppose such a subpoena. The parties further agreed that the stay of the case currently in place can be lifted for the sole purpose of issuing the subpoena. The mediation will be reconvened once the subpoenaed documents are received. The parties are to advise the mediator's chambers when that occurs.

**SIGNED this the 5th day of August, 2025.**

_____
Christine L Stetson
UNITED STATES MAGISTRATE JUDGE